FILED

ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

Upon the Supporting Declaration of the plaintiff and
accompanying Memorandum of Law, it is

1:07-CV-0428 LJO NEW
(DLB)(PC)

ORDERED that defendants A. Hedgpeth, R. Thomas and
B. Gricewich and A. Molina show cause in room
of the United States Courthouse,

on the     day of          2007, at     o'clock, why a
preliminary injunction should not issue pursuant to Rule 65(a),
Fed. R. Civ. P., enjoining the said defendants, their Success-
ors in office, agents and employees and all other persons
acting in concern and participation with them to provide
a feasible, procedural course designed to have a corrective
and non retalitorial outcome and to restore what due process
rights entitled to the plaintiff.

IT IS FURTHER ORDERED that effective immediately, and
pending the hearing and determination of this Order to
Show Cause, defendants B. Gricewich/C. Pfeiffer/W. Adams-
Appeal. Coordinator(s) shall apply a Log # to plaintiff's appeals
dated May 31, 2007 and June 6, 2007 to enable R. Thomas
and A. Molina to address the issues and concerns of the
plaintiff to resolve/redress with intent to mitigate the
circumstances and provide the information requested,
and forward to the plaintiff the documents he has a right to.

1 OF 2 - A

T PAPER
OF CALIFORNIA
13 (REV. 3-05)
9 10024

1   *IT IS FURTHER ORDERED* that this order to show cause,

2   and all other papers attached to this application, shall be

3   served on defendants A. Hedgpeth, R. Thomas, B. Gricewich,

4   and A. Molena by                                2007, and the United States

5   Marshals Service is hereby directed to effectuate such

6   service.

7

8   _____

9   United States District Judge

10

11   Dated: _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

T PAPER
OF CALIFORNIA
13 (REV. 3-05)
3 10924

*Miles O. Bonty #D-12821*
*Kern Valley State Prison*
*P.O. Box 5102*
*Delano CA 93216-5102*

Office of The Clerk
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
1130 "O" Street
Fresno, California 93721

RE:    Miles O. Bonty v. *J. Escutia   Case No. 1:07-CV-428 LJO.*
       *(NEW) DLB PC*

Dear Clerk of The Court:

       Please find enclosed the original and two (2) copies of
the following documents or pleadings to be filed with the Court:

       *1. TRO and Preliminary injunction.*

       Please file the original and return to me a file marked,
conformed copy of same for my records.  Address your response to
me at the following address:

                    Miles O. Bonty CDC No. D-12821
                    *B8-212L*
                    *Kern Valley State Prison*
                    *P.O. Box 5102*
                    *Delano California 93216-5102.*

       Thank you for your cooperation and assistance in this matter.

Very truly yours,

*Miles O. Bonty*

Miles O. Bonty
Plaintiff

enc.