# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES O. BONTY,<br><br>        Plaintiff,<br><br>    v.<br><br>J. ESCUTIA, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:07-cv-00428-LJO-NEW (DLB) PC<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT, AND DIRECTING CLERK'S OFFICE TO FILE AND SCAN FOURTH AMENDED COMPLAINT, SUBMITTED BY PLAINTIFF ON JULY 19, 2007<br><br>(Doc. 22)<br><br>ORDER DENYING AS MOOT MOTIONS TO AMEND FILED JUNE 1, 2007 AND JULY 10, 2007<br><br>(Docs. 11 and 19) |

      Plaintiff Miles O. Bonty ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on March 19, 2007, and on June 18, 2007, the court dismissed plaintiff's complaint, with leave to amend, for failure to state any claims upon which relief may be granted.

      Currently pending before the court is plaintiff's motion for leave to amend, filed June 1, 2007, submitted along with a proposed amended complaint. Additionally, plaintiff filed a second amended complaint in compliance with the court's order on July 10, 2007, and submitted third and fourth amended complaints on July 18, 2007, and July 19, 2007, respectively. The second and fourth amended complaints were accompanied by motions seeking leave to amend. Plaintiff's motion for

///

leave to file the fourth amended complaint shall be granted and his two previously filed motions to amend shall be denied as moot.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for leave to file the fourth amended complaint, filed July 19, 2007, is GRANTED;

2. The Clerk's Office shall file and scan the proposed fourth amended complaint, lodged on July 19, 2007; and

3. Plaintiff's motions to amend, filed June 1, 2007 and July 10, 2007, are DENIED as moot.

IT IS SO ORDERED.

Dated: **August 1, 2007**           **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE