# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES O. BONTY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>J. ESCUTIA, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00428-LJO-NEW (DLB) PC<br><br>ORDER DENYING MOTION AS MOOT<br><br>(Doc. 13) |

Plaintiff Miles O. Bonty ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 11, 2007, plaintiff filed a motion notifying the court that he was up for transfer to Centinela State Prison or Kern Valley State Prison, and requesting "leave to be transferred" until the court receives his notice of change of address. (Doc. 13.)

It is not entirely clear what relief plaintiff was seeking, although it may have been a stay of the proceedings until his transfer was completed. Regardless, plaintiff filed a notice of change of address to Centinela State Prison on July 2, 2007. Therefore, plaintiff's motion concerning his pending transfer and change of address is moot and is HEREBY DENIED on that ground.

IT IS SO ORDERED.

Dated:   **August 3, 2007**　　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1