UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Fresno)    JAN 2 3 2008



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

| | |
|---|---|
| MILES O. BONTY,<br><br>　　　　Plaintiff - Appellant,<br>　v.<br><br>J. ESCUTIA; et al.,<br><br>　　　　Defendants - Appellees. | No.  07-17168<br>D.C. No. CV-07-00428-LJO/GSA<br><br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith      [✓]

Explanation: _The plaintiff was given 4 chances to amend, all with court orders explaining the law. He is not able to state claims that are appropriate under settled law._

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　　　　　　Date: Jan 23, 2008